UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA

VS.                                                                  Case Number:  6:20-CR-00001

INDIA MITCHELL,
    a/k/a "SHAY",
        Defendant.

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

WHEREAS, John E. Morrison, Counsel for Defendant India Mitchell a/k/a "Shay", having filed a Motion of Leave of Absence in the above-styled action requesting leave from court from May 18th through May 22nd, June 22nd through June 26th, July 16th through July 17th, July 20th through July 24th, July 27th through July 31st, August 3rd through August 7th, and October 12th through October 16th.

IT IS HEREBY ORDERED AND ADJUDGED that said Motion for Leave is granted.

SO ORDERED this 21st day of January, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia